461 A.2d 878

Commonwealth v. Lowe, Appellant.

Petition for Allowance of Appeal Denied Nov. 4, 1983.

Submitted March 30, 1983. Diane Barr Quinlin, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.

461 A.2d 878

Commonwealth v. Lozano, Appellant.

Argued January 19, 1983. L. Carter Anderson, for appellant; Michael Clarke, Assistant District Attorney, for Commonwealth, appellee.

Before. CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.